THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN P. SMITH, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Submitted May 15, 1944; decided May 25, 1944.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Patrick H. Clune* and *Herman N. Harcourt* of counsel), for motion.

*John P. Smith,* in person, opposed.

Motion granted and appeal dismissed on the ground that no substantial constitutional question is involved and that no appeal lies as of right.